# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

CHRISTOPHER M. BUTLER                                                            PETITIONER
*ADC #178200*

V.                              CASE NO. 2:23-cv-00105-JTK

DEXTER PAYNE                                                                      RESPONDENT
*Director, ADC*

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the petition for writ of habeas corpus be DISMISSED with prejudice.

SO ORDERED this 3rd day of April, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE